FILED

January 24, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:12-MJ-00020-DAD |
| Plaintiff, | ) | |
| v. | ) | PROVISIONAL |
| | ) | ORDER FOR RELEASE OF |
| DANIEL W. CHATTIN, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL W. CHATTIN, Case No. 2:12-MJ-00020-DAD, Charge 18 USC §§ 1031; 2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___    Release on Personal Recognizance

   ✔    Bail Posted in the Sum of $ 100,000 _____

         ✔    Unsecured Appearance Bond

         ___    Appearance Bond with 10% Deposit

         ___    Appearance Bond with Surety

         ___    Corporate Surety Bail Bond

         ✔    (Other)       With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 24, 2012  at ___2:55___ pm .

By _____

Dale A. Drozd
United States Magistrate Judge