**FILED**
January 25, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DANIEL W. CHATTIN, )<br>)<br>Defendant. ) | Case No. 2:12-MJ-00020-DAD<br><br>AMENDED<br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL W. CHATTIN</u>, Case No. <u>2:12-MJ-00020-DAD</u>, Charge <u>18 USC §§ 1031; 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>100,000 (secured by real property)</u>

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 25, 2012</u> at <u>2:30</u> pm.

By _/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge